**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MIDDLESEX HOSPITAL**<br>**28 Crescent Street**<br>**Middletown, Connecticut 06457**<br>**Medicare Provider No. 07-0020**<br><br>                    Plaintiff,<br><br>        v.<br><br>MICHAEL O. LEAVITT,<br>Secretary<br>Department of Health and Human Services<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201<br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No._____<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**LOCAL RULE 7.1 CERTIFICATE**

I, the undersigned, counsel of record for the Plaintiff, certify that to the best of my knowledge and belief, the Plaintiff has no parents, affiliates or subsidiaries which have any outstanding securities in the hands of the public.

This representation is made in order that judges of this Court may determine the need for recusal.

                                        Respectfully Submitted,


                                        _____
                                        Leslie D. Alderman III (D.C. Bar No. 477750)
                                        ALDERMAN & DEVORSETZ, PLLC
                                        1025 Connecticut Avenue, NW Suite 1000
                                        Washington, DC 20036
                                        (202) 969-8220
                                        (202) 969-8224 (facsimile)
                                        Attorney of Record for the Plaintiff