UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
IN RE:                                  )
                                        )
MEDICARE REIMBURSEMENT LITIGATION       )
                                        )
_____)       Misc. No. 03-0090 (PLF)
                                        )
This document relates to:               )
                                        )
ALL ACTIONS                             )
_____)


ORDER

This matter comes before the Court for the consolidation of St. Vincent's Medical

Center v. Leavitt, Civil Action No. 06-0807 (PLF), and Multicare Health System v. Leavitt, Civil

Action No. 06-0808 (PLF), with those actions previously consolidated with Baystate Health

Systems v. Leavitt, Civil Action No. 02-0601 (PLF), which are managed in the above-captioned

miscellaneous action.  Under Rule 42(a) of the Federal Rules of Civil Procedure, the Court may

consolidate separately filed cases when the cases involve a common question of law or fact.

See Fed. R. Civ. P. 42(a).  Under Local Civil Rule 40.5(d), motions to consolidate shall be

determined by the judge to whom the earliest numbered case is assigned.  See LCvR 40.5(d).

The Court has determined that these two actions involve the same or similar legal issues as those

cases previously consolidated, and therefore concludes that consolidation is appropriate.

Accordingly, it is hereby

ORDERED sua sponte that St. Vincent's Medical Center v. Leavitt, Civil Action

No. 06-0807 (PLF), and Multicare Health System v. Leavitt, Civil Action No. 06-0808 (PLF), are

CONSOLIDATED with those actions previously consolidated with <u>Baystate Health System v.</u>

<u>Leavitt</u>, Civil Action No. 02-0601 (PLF); and it is

FURTHER ORDERED that the parties in these newly consolidated actions shall

review the March 25, 2003 Case Management Order issued in this miscellaneous action and the

procedures delineated therein.

SO ORDERED.


/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: May 15, 2006

2