From: "U.S._Postal_Service_"<U.S._Postal_Service@usps.com>
Subject: U.S. Postal Service Track & Confirm email Restoration - 70(
Date: August 21, 2006 3:59:48 PM EDT
To: lalderman@a-dlaw.com

This is a post-only message. Please do not respond.

les Alderman has requested that you receive this restoration information f
Track & Confirm as listed below.

Current Track & Confirm e-mail information provided by the U.S. Postal S

Label Number: 7005 1820 0004 0055 9945

Service Type: Certified

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Delivered | WASHINGTON DC 20001 | 06/16/06 10:29am |
| Arrival at Unit | WASHINGTON DC 20001 | 06/16/06 8:06am |
| Acceptance | WASHINGTON DC 20035 | 06/14/06 2:52pm |

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE
WASHINGTON DC 20001

| Postage | $ | $1.35 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.60 |

Postmark Here — JUN 14 2006

Sent To: *Midwest* Civil Process Clerk, US Attorney
Street, Apt. No.; or PO Box No.: 555 4th St NW
City, State, ZIP+4: Washington DC 20001

PS Form 3800, June 2002

---

**Return receipt cards (handwritten):**

Article 7005 1820 0004 0055 9945 — US Attorney General, 950 Pennsylvania Ave NW, Washington DC 20530

Article 7005 1820 0004 0055 9943 — Michael O. Leavitt, Secretary DHHS, 200 Independence Ave SW, Washington DC 20201 — Received by Lou Lewis, 6-15-06